IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

LANDON COBBS     PLAINTIFF

v.     CIVIL ACTION NO. 3:20-cv-00313-GHD-RP

TUNICA COUNTY SCHOOL DISTRICT; et al.     DEFENDANTS

## ORDER OF DISMISSAL

The Court, having considered the parties' joint stipulation [20] to dismiss all claims asserted herein with prejudice, finds that this matter should be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS, therefore, hereby ORDERED that all claims asserted in this lawsuit are DISMISSED WITH PREJUDICE, and this case is CLOSED.

SO ORDERED, this the 2nd day of September, 2021.

_____
SENIOR U.S. DISTRICT JUDGE